530 A.2d 1223

**Glenn Lamont CASH**

v.

**STATE of Maryland.**

No. 12, Sept. Term, 1987.

Court of Appeals of Maryland.

Sept. 18, 1987.

Laurie I. Mikva, Asst. Public Defender (Alan H. Murrell, Public Defender, on brief), Baltimore, for appellant.

Cathleen C. Brockmeyer, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., on brief), Baltimore, for appellee.

Argued before MURPHY, C.J., ELDRIDGE, COLE, RODOWSKY, McAULIFFE and BLACKWELL, JJ., and MARVIN H. SMITH, Associate Judge of the Court of Appeals of Maryland (Retired), Specially Assigned.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 18th day of September, 1987

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby dismissed with costs, the petition having been improvidently granted.